CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG - 3 2012
JULIA C. DUDLEY, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELIZABETH MCPHERSON, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>KROGER LIMITED PARTNERSHIP I, )<br>  )<br>Defendant. ) | Civil Action No. 7:11CV00498<br><br>**FINAL ORDER**<br><br>By: Hon. Glen E. Conrad<br>Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion for summary judgment filed by the defendant is **GRANTED**. This action shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 3rd day of August, 2012.

/s/ Glen Conrad
Chief United States District Judge