CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
AUG - 3 2012
JULIA C. DUDLEY, CLERK
BY: /s/ M. Hupp
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ELIZABETH MCPHERSON, | ) |
| | ) Civil Action No. 7:11CV00498 |
| Plaintiff, | ) |
| | ) **FINAL ORDER** |
| v. | ) |
| | ) By: Hon. Glen E. Conrad |
| KROGER LIMITED PARTNERSHIP I, | ) Chief United States District Judge |
| | ) |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the motion for summary judgment filed by the defendant is **GRANTED**. This action shall be stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 3rd day of August, 2012.

_____
Chief United States District Judge